## SPENNEY, ET AL. v. STATE, EX REL. KELLEY.

(Decided April 21, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for appellant. THOMPSON & THOMPSON, for appellee.

Per curiam. Affirmed on certificate.

---

## TUCKER v. STATE.

(Decided April 9, 1914.)

APPEAL from Hale Law and Equity Court.

Heard before Hon. CHARLES E. WALLER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

WALKER, P. J.—No error in the record. Affirmed.

---

## TURNER, ET AL. v. STATE.

(Decided May 14, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

WALKER, P. J.—No error in the record. Affirmed.

---

## WARTEN, ET AL. v. MARKOWITZ.

(Decided May 19, 1914.)

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

W. R. WALKER, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed.